No. 683. NORWICH UNION FIRE INSURANCE SOCIETY, LTD., ET AL. *v.* COHN. February 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the

666

Tenth Circuit denied. *Mr. F. A. Rittenhouse* for petitioners. *Mr. J. H. Everest* for respondent.